SO ORDERED: 8/4/23

s/*Peter G. Sheridan, U.S.D.J.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINA WILEY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>RUGSUSA, LLC,<br><br>　　　　　　　Defendant. | Case No. 3:23-cv-01560<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Christina Wiley, by and through her undersigned counsel of record, hereby dismisses her claims against Defendant RugsUSA, LLC without prejudice. Each party will bear their own costs and fees.

Dated: May 1, 2023

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: /s/ *Yitzchak Kopel*
　　　Yitzchak Kopel

Yitzchak Kopel
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: ykopel@bursor.com

*Attorney for Plaintiff*